UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
Law Office of Ronald E. Norman, LLC
Ronald E. Norman, Esquire (RN-5209)
Washington Professional Campus II
901 Route 168, Suite 407 A
Turnersville, NJ 08012
(856) 374-3100

Order Filed on February 11, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Francis J Shaw

Case No.: 23-21477

Adv. No.:

Hearing Date: 02/11/26  @ 9am

Judge:    MBK

## ORDER FOR SUSPENSION OF TRUSTEE PAYMENTS

The relief set forth on the following pages, numbered two (2) through <u>TWO (2)</u>   is hereby **ORDERED**

DATED: February 11, 2026

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(PAGE TWO)
DEBTOR: FRANCIS J SHAW
CASE NUMBER: 23-21477-MBK

**Caption of Order: ORDER FOR SUSPENSION OF TRUSTEE PAYMENTS**

    Upon the motion of Ronald E. Norman, Esquire, attorney for Debtor, Francis J S for suspension of trustee payments until April 01, 2026 until further ordered by this court hereinafter set forth, and for good cause shown, it is

    ORDERED that the Debtors's Plan payments of Francis J Shaw due February 2026, March 2026 and April 2026 are hereby suspended; and

Debtor shall continue plan payments at $1378.00 PTD, then $1,515.00 x 32 months starting May 01, 2026.