UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office of Ronald E. Norman, LLC
Ronald E. Norman, Esquire (RN-5209)
Washington Professional Campus II
901 Route 168, Suite 407 A
Turnersville, NJ 08012
(856) 374-3100

**Order Filed on February 11, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Francis J Shaw

Case No.: 23-21477

Adv. No.:

Hearing Date: 02/11/26 @ 9am

Judge:    MBK

### ORDER FOR SUSPENSION OF TRUSTEE PAYMENTS

The relief set forth on the following pages, numbered two (2) through TWO (2)   is hereby **ORDERED**

**DATED: February 11, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(PAGE TWO)
DEBTOR: FRANCIS J SHAW
CASE NUMBER: 23-21477-MBK

**Caption of Order: ORDER FOR SUSPENSION OF TRUSTEE PAYMENTS**

---

   Upon the motion of Ronald E. Norman, Esquire, attorney for Debtor,Francis J Sfor suspension of
trustee payments until April 01, 2026 until further ordered by this court hereinafter set forth, and for good
cause shown, it is

   ORDERED that the Debtors's Plan payments of Francis J Shaw due February 2026, March  2026 and
April  2026 are hereby suspended; and

Debtor shall continue plan payments at $1378.00 PTD, then $1,515.00 x 32  months starting May
01, 2026.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                  Case No. 23-21477-MBK

Francis J Shaw                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 11, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2026:**

**Recip ID**     **Recipient Name and Address**
db     + Francis J Shaw, 240 Petticoat Bridge Road, Columbus, NJ 08022-1405

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian E Caine | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust eholdren@hillwallack.com, hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com;kgardiner@HillWallack.com |
| Richard Abel | |

District/off: 0312-3                                User: admin                                    Page 2 of 2
Date Rcvd: Feb 11, 2026                       Form ID: pdf903                              Total Noticed: 1

on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For
VRMTG Asset Trust bkgroup@kmllawgroup.com

Ronald E. Norman

on behalf of Debtor Francis J Shaw rnorman@rnormanlaw.com
ekonecsny@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com;norman.ronaldb115031@notify.bestc
ase.com;9070633420@filings.docketbird.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7